IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASSIAH PHINISEE, a Minor, | : | CIVIL ACTION |
| by and through RASHEENA PHINISEE, | : | |
| the Parent and Natural Guardian, and | : | |
| RASHEENA PHINISEE, in her own right | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | NO. 10-1253 |

O R D E R

AND NOW, this 6th day of August, 2012, upon consideration of the United States of America's Motion to Enforce Settlement, docketed in this matter as Document No. 49, and the response thereto, and following the hearing of June 6, 2012, it is hereby ORDERED that the Government's Motion to Enforce Settlement is GRANTED.

BY THE COURT:

/s/  Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE