IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASSIAH PHINISEE, a Minor, | : | CIVIL ACTION |
| by and through RASHEENA PHINISEE, | : | |
| the Parent and Natural Guardian, and | : | |
| RASHEENA PHINISEE, in her own right | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | NO. 10-1253 |

O R D E R

AND NOW, this 4th day of September, 2012, after consideration and in accordance with the attached Opinion, it is hereby ORDERED that Plaintiffs' Petition for Reconsideration Of Opinion and Order Re: Enforcement of Settlement, docketed in this matter as Document 78, is HEREBY DENIED.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE