# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RASHEENA PHINISEE, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

Civil Action No. 10-cv-1253

## **O R D E R**

**AND NOW**, this 9th day of January, 2018, upon consideration of Petitioner Aaron J. Freiwald, Esquire's Petition for Appointment of Guardian Ad Litem for Minor Plaintiff, A.P. (Doc. No. 99) and responses thereto, and Plaintiff Rasheena Phinisee's *pro se* Rule 60(b)(6) Motion for Relief from Notice of Consent and Order to Jurisdiction by US Magistrate Judge Jacob P. Hart (Doc. No. 103) ("Rule 60(b) Motion") and responses thereto, it is hereby

**ORDERED**

As follows:

(1) Ms. Phinisee's Rule 60(b) Motion (Doc. No. 103) is **DENIED**, with prejudice.

(2) On or before January 15, 2018, Petitioner Aaron J. Freiwald, Esquire shall file with the Court a full accounting of the funds deposited into escrow, any payments disbursed from escrow, the balance currently remaining in escrow, and all sums currently owed from or to the escrow.

(3) On or before January 22, 2018, the United States, Aaron J. Freiwald, and Rasheena Phinisee shall each file a notice of no more than two pages in length supplying me with recommendations of entities and/or individuals who would be suitable and

willing to serve as guardian ad litem for the minor plaintiff, A.P., for the purposes of complying with the settlement agreement previously entered into in this case.

(3) On or before January 22, 2018, the United States and Rasheena Phinisee shall file any objections they have to the accounting filed by Aaron J. Freiwald, Esquire. The objections shall be no more than five pages in length.

BY THE COURT:

*s/Richard A. Lloret*_____
RICHARD A. LLORET
U.S. Magistrate Judge