IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.P., et al : | |
| : | CIVIL ACTION |
| v. : | |
| : | No. 10-1253 |
| THE UNITED STATES OF AMERICA : | |

## ORDER

**AND NOW**, this **8th** day of **January**, **2019**, upon consideration of Ms. Phinisee's "Motion to Vacate Under 28 U.S.C. § 636(c)(4)" (Doc. No. 150), and her "Amended Motion to Vacate Under 28 U.S.C. § 636(c)(4)" (Doc. No. 154), and for the reasons stated in the Court's Memorandum dated January 8, 2019, it is **ORDERED** that:

1. The motions are **DENIED**.
2. This matter is returned to Magistrate Judge Lloret for further proceedings.
3. The Clerk of Court will ensure that this Order is mailed to Ms. Phinisee's address of record.

BY THE COURT:

_____
**Berle M. Schiller, J.**